# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Frederick Page | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-14693ELF |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 12, 2017, this case is hereby DISMISSED.

**Date: August 1, 2017**

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:

Disclosure of Attorney Compensation
Chapter 13 Plan
Ch 13 Income Form 122C-1
Schedules A/B-J
Statement of Financial Affairs

bfmisdoc elf (1/22/15)