```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 17-14693-elf
Frederick Page                                                  Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2         User: PaulP              Page 1 of 1            Date Rcvd: Aug 02, 2017
                             Form ID: pdf900          Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db             +Frederick Page,    1751 N Stillman St,    Philadelphia, PA 19121-2818
13949593       +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
13949594       +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13949595       +Romano Garbubo & Argentieri,    52 Newton Ave,    Po Box 456,    Woodbury, NJ 08096-7456
13949596       +VFS Lending Services,    1905 Kramer Lane, Ste B700,    Austin, TX 78758-4063
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 03 2017 01:23:24      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:23:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 03 2017 01:23:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Aug 03 2017 01:22:44      Ally Financial Inc.,
                 P.O. Box 130424,   Roseville, MN 55113-0004
13949591       +E-mail/Text: ally@ebn.phinsolutions.com Aug 03 2017 01:22:44      Ally Financial,
                 Attn: Bankruptcy,   Po Box 380901,    Bloomington, MN 55438-0901
13949592       +E-mail/Text: ally@ebn.phinsolutions.com Aug 03 2017 01:22:44      Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    VFS Arctos, LLC bkgroup@kmllawgroup.com
              MICHAEL ADAM COHEN    on behalf of Debtor Frederick   Page mcohen1@temple.edu
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Frederick Page | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-14693ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 12, 2017, this case is hereby DISMISSED.

**Date: August 1, 2017**

ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:
Disclosure of Attorney Compensation
Chapter 13 Plan
Ch 13 Income Form 122C-1
Schedules A/B-J
Statement of Financial Affairs

bfmisdoc elf (1/22/15)