## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Frederick Page

<u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 17-14693 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Acqura Loan Services as servicer for VFS Arctos, LLC and index same on the master mailing list.

Respectfully submitted,

**/s/ Matteo S. Weiner , Esquire**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734